NORRIS McLAUGHLIN P.A.
Margaret Raymond Flood, Esq.
400 Crossing Boulevard, 8th Floor
Bridgewater, New Jersey 08807
General 908-722-0700
Fax 908-722-0755
Direct 908-252-4228
Email: mraymondflood@norris-law.com
Attorneys for Defendant, Carol Gallagher

| | |
|---|---|
| WEDPENS DORSAINVIL,<br><br>Plaintiff,<br><br>-vs-<br><br>STUART L. PEIM, et al.,<br><br>Defendants. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>CIVIL ACTION NO. 2:15-cv-3035-ES-JAD<br><br>ELECTRONICALLY FILED<br><br>**ORDER VACATING DEFAULT AS TO DEFENDANT CAROL GALLAGHER AND GRANTING GALLAGHER'S CROSS-MOTION FOR AN EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE PLEAD** |

This matter having been opened to the Court upon motion of Defendant, Carol Gallagher ("Gallagher"), by her attorneys, Norris McLaughlin P.A., for an Order denying Plaintiff's motion to enter default judgment against Defendant Gallagher; vacating the default entered against Defendant Gallagher; and extending Defendant Gallagher's time to answer, move or otherwise plead to the Amended Complaint for a period of thirty (30) days from the return date of this motion, or December 5, 2018; and the Court having reviewed the Defendant Gallagher's papers, and Plaintiff not having timely filed any opposition, and for good cause shown;

IT IS on this 28th day of November, 2018,

**ORDERED** as follows:

1. Defendant Gallagher's cross-motion to vacate the entry of default, (ECF No. 26), be and hereby is **GRANTED**;

2. The default previously entered against Defendant Gallagher on September 11, 2018 be and hereby is vacated;

3. Defendant Gallagher shall answer, move or otherwise plead in response to the Amended Complaint **on or before December 5, 2018**; and

4. Plaintiff's motion to enter default judgment against Defendant Gallagher, (ECF No. 21), be and hereby is **DENIED AS MOOT**.

_____ 11/29/18
Joseph A. Dickson
United States Magistrate Judge

Opposed ____
Unopposed  X