

400 Crossing Boulevard
8th Floor
P.O. Box 5933
Bridgewater, NJ  08807

T: 908-722-0700
F: 908-722-0755
Direct: 908-252-4228
Email: mraymondflood@norris-law.com

October 4, 2019

VIA ECF

Hon. Esther Salas, U.S.D.J.
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

      Re:    Dorsainvil v. Peim, et al.
               Case No.  2:15-cv-3035-ES-JAD

Dear Judge Salas:

      We represent defendants, Carol Gallagher and Alejandrina Sumicad ("Defendants"), in the above-referenced matter. Motions to dismiss were filed on behalf of each of the Defendants, presently returnable October 7, 2019. See Docket Nos. 60 and 61.  Plaintiff's opposition papers to Defendants' motions were due on Monday, September 23, 2019.  Although his opposition was filed on September 25, 2019, the document was not electronically posted until yesterday, Thursday, October 3, 2019. See Docket No. 62. Accordingly, we are writing to respectfully request an extension of one week from yesterday's date until October 10, 2019, to file reply papers in support of Defendants' motions.

      Thank you Your Honor for your attention to this matter.

                                                  Respectfully submitted,

                                                  Margaret Raymond-Flood

MRF/chr
cc:    Wedpens Dorsainvil, pro se (via Regular Mail)

