

400 Crossing Boulevard
8th Floor
P.O. Box 5933
Bridgewater, NJ 08807
T: 908-722-0700
F: 908-722-0755
Direct: 908-252-4228
Email: mraymondflood@norris-law.com

October 30, 2019

VIA ECF

Hon. Esther Salas, U.S.D.J.
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

   Re: Dorsainvil v. Peim, et al.
      Case No. 2:15-cv-3035-ES-JAD

Dear Judge Salas:

  We represent defendants, Carol Gallagher and Alejandrina Sumicad ("Defendants"), in the above-referenced matter. Motions to dismiss were filed on behalf of each of the Defendants, returnable October 7, 2019, and presently pending. See Docket Nos. 60 and 61. We previously received Plaintiff's opposition to Defendant Gallagher's motion and filed a reply brief. See Docket Nos. 62 and 65. No opposition to Defendant Sumicad's motion was electronically posted until Friday, October 25, 2019, even though it was stamped filed on September 25, 2019. See Docket No. 67. Accordingly, we are writing to respectfully request an extension of one week from today's date, until November 6, 2019, to file reply papers in support of Defendant Sumicad's motion.

  Thank you Your Honor for your attention to this matter.

            Respectfully submitted,

            *Margaret Raymond-Flood*

            Margaret Raymond-Flood

MRF/chr
cc: Wedpens Dorsainvil, pro se (via Regular Mail)



BRIDGEWATER, NJ | NEW YORK, NY | ALLENTOWN, PA

WWW.NORRISMCLAUGHLIN.COM