**Not for Publication**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| **WEDPENS DORSAINVIL,** | |
| Plaintiffs, | Civil Action No. 15-3035 (ES) |
| v. | ORDER |
| **STUART L. PEIM, et al.,** | |
| Defendants. | |

Before the Court are defendant Carol Gallagher's motion to dismiss (D.E. No. 60) and defendant Alejandrina Sumicad's motion to dismiss (D.E. No. 61) (collectively, "Motions to Dismiss"). Defendant Gallagher and defendant Sumicad (collectively, "Defendants") seek to dismiss plaintiff Wedpens Dorsainvil's ("Plaintiff") second amended complaint ("SAC") (D.E. No. 56) pursuant to Federal Rule of Civil Procedure 12(b)(6). The Court having considered the parties' submissions and having decided the Motions to Dismiss without oral argument, *see* Fed. R. Civ. P. 78(b); L. Civ. R. 78.1(b); and for the reasons stated in the Court's accompanying Opinion;

IT IS on this 24th day of March 2020,

**ORDERED** that Defendants' Motions to Dismiss are DENIED; and it is further

**ORDERED** that the Clerk of Court shall TERMINATE Docket Entry Numbers 60 and 61.

*s/Esther Salas*
**Esther Salas, U.S.D.J.**