April 20, 2020

RECEIVED

Clerk,

United States District Court

APR 29 2020

50 Walnut Street

AT 8:30
WILLIAM T. WALSH

Newark, NJ 07101

Re: Dorsainvil v. Peim, et al.

Civil Action No. 2:15-cv-3035-ES-JAD

Dear Court Clerk,

Please be informed that Friday April 17, 2020 I was transferred from East Jersey State Prison and detained to an ICE facility, the address provided below. Please mail all correspondence addressed to:

Wedpens Dorsainvil #20-0398

Caroline Detention Facility

P.O. Box 1460

Bowling Green, VA 22427

Thank you.

Sincerely yours,

Wedpens Dorsainvil