**UNITED STATES DISTRICT COURT**
**for the District of New Jersey [LIVE]**
**Newark, NJ**

WEDPENS DORSAINVIL

                       Plaintiff,

v.                                              Case No.: 2:15-cv-03035-ES-JAD

STUART L. PEIM, et al.

                       Defendant.


WEDPENS DORSAINVIL
CAROLINE DETENTION CENTER
#20-0398
P.O. BOX 1460
BOWLING GREEN, VIRGINIA 22427


Dear Litigant:

    Enclosed please find a copy of the Order granting your application for appointment of pro bono counsel.

    **K. ROGER PLAWKER** has been appointed as your counsel.

    Counsel's address is as follows:

PASHMAN STEIN WALDER HAYDEN
21 MAIN STREET
SUITE 200
COURT PLAZA SOUTH
HACKENSACK, NJ 07601

    Please be advised, pursuant to Paragraph 9(a) of Appendix H of the Local Rules of this Court, if this action is one for which compensation for legal services becomes available to the appointed counsel by statute, it may be deducted from any recovery. Any statutory fee award may only be made by the Court upon application of counsel.

                                                                         Very truly yours,

                                                                         William T. Walsh, Clerk
                                                                         By Deputy Clerk, ps

cc: District Judge, Magistrate Judge, Counsel of Record