AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| WEDPENS DORSAINVIL | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 15-cv-3035 (ES) (JAD) |
| STUART PEIM, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Wedpens Dorsainvil                                    .

Date:   05/20/2020

*J. Boyan III*
*Attorney's signature*

James W. Boyan III
*Printed name and bar number*
Pashman Stein Walder Hayden
Court Plaza South
21 Main Street - Suite 200
Hackensack, NJ 07601
*Address*

jboyan@pashmanstein.com
*E-mail address*

(201) 270-4935
*Telephone number*

(201) 488-5556
*FAX number*