

400 Crossing Boulevard
8th Floor
P.O. Box 5933
Bridgewater, NJ  08807

T: 908-722-0700
F: 908-722-0755
Direct: 908-252-4151
Email: chrienzo@norris-law.com

January 29, 2021

**Via ECF**

Hon. Joseph A. Dickson, USMJ
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
Court Room: MLK 2D
Newark, NJ 07101

  Re: <u>Dorsainvil v. Peim, et al</u>.
    Case No.  2:15-cv-3035-ES-JAD

Dear Judge Dickson:

  This office represents defendants, Carol Gallagher and Alejandrina Sumicaid (jointly "Defendants"), in the above-referenced matter.  Please accept this letter as the parties' joint status report, submitted in accordance with the Court's Text Order filed December 15, 2020. <u>See</u> Doc. No. 80.  The current fact discovery deadline is February 26, 2021. To date, the parties are in the process of completing written discovery. Once written discovery is exchanged, the parties' depositions will be noticed. As additional time is needed to complete written discovery by the parties, the parties respectfully request a sixty (60) day extension of the discovery end date, until April 27, 2021.

  Thank you Your Honor for your attention to this matter

          Respectfully,

          s/Candice H. Rienzo

          Candice H. Rienzo

cc: All Counsel via ECF