

400 Crossing Boulevard
8th Floor
P.O. Box 5933
Bridgewater, NJ  08807

T: 908-722-0700
F: 908-722-0755
Direct: 908-252-4151
Email: chrienzo@norris-law.com

March 31, 2021

**Via ECF**

Hon. Jessica S. Allen, USMJ
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
Newark, NJ 07101

      Re:    Dorsainvil v. Peim, et al.
                Case No.  2:15-cv-3035-ES-JAD

Dear Judge Allen:

      This office represents defendants, Carol Gallagher and Alejandrina Sumicad (jointly "Defendants"), in the above-referenced matter.  Please accept this letter as the parties' joint status report, submitted in accordance with the Court's Text Order filed February 1, 2021. See Doc. No. 82. The current fact discovery deadline is April 27, 2021. To date, the parties are in the process of completing written discovery. Once written discovery is exchanged, the parties' depositions will be noticed. As additional time is needed to schedule depositions once written discovery is completed, the parties respectfully request a forty-five (45) day extension of the discovery end date, until June 11, 2021.

      Thank you Your Honor for your attention to this matter

                                  Respectfully,

                                  s/Candice H. Rienzo

                                  Candice H. Rienzo

cc:    All Counsel via ECF