

**James W. Boyan III**
Member of the Firm
jboyan@pashmanstein.com
Direct: 201.270.4935

October 7, 2021

<u>**VIA ECF**</u>

Hon. Jessica S. Allen, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

      Re:    *Dorsainvil v. Peim, et al.*
               <u>Civil Action No. 15-3035</u>

Dear Judge Allen:

      This firm represents Plaintiff Wedpens Dorsainvil in the above-referenced matter. The current deadline for Plaintiff to serve his affirmative expert report in this matter is October 8, 2021. To date, we have been unable to find an expert for this matter. We write to respectfully request a 30-day extension of the deadlines for expert discovery so that we may have more time to attempt to find an expert. Defendants' counsel consents to this request.

      If this request is granted, then affirmative expert reports would due by **November 8, 2021,** responsive reports would due by **December 8, 2021**, and the deadline for the completion of all expert discovery, including expert depositions, would be **January 10, 2022**.

      Thank you for Your Honor's courtesies and consideration of this request.

Respectfully submitted,

/s/ James W. Boyan III
JAMES W. BOYAN III

cc: Candice Rienzo, Esq. (Counsel for Defendants)

**So Ordered.**

The November 15, 2021 Telephone Status Conference will proceed as scheduled.

*s/ Jessica S. Allen*
Hon. Jessica S. Allen, U.S.M.J.
Dated: October 8, 2021

Court Plaza South
21 Main Street, Suite 200
Hackensack, NJ 07601

Phone: 201.488.8200
Fax: 201.488.5556
www.pashmanstein.com